# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOY L. JUSTICE, *formerly known as Joy L. Groseclose, on behalf of herself and all others similarly situated*, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) NO. 1:18-CV-00342 |
| EQUIFAX INFORMATION SERVICES LLC, | )<br>)<br>)<br>) |
| Defendant. | ) |

## ORDER GRANTING CONSENT MOTION TO STAY DEADLINES

The Parties filed a Joint Status Report and Motion for Stay, stating that they will file settlement papers in the case entitled *Thomas v. Equifax Info. Servs.*, LLC, No. 3:18-cv-00684-MHL (E.D. Va.) during the week of April 15, 2019, which, if approved, will resolve the class claims in this case. The parties are requesting a stay in this matter until fourteen days (14) following the final approval hearing in *Thomas*.

1

IT IS HEREBY ORDERED that the Consent Motion [Doc. #20] is GRANTED; this case is STAYED; and the Parties shall file a status report with the Court within fourteen (14) days following the final approval hearing in *Thomas*.

This 19th day of April, 2019.

      /s/ Joi Elizabeth Peake
United States Magistrate Judge

2

Case 1:18-cv-00342-NCT-JEP   Document 21   Filed 04/19/19   Page 2 of 2